JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

| **Plaintiff(s):** | **Defendant(s):** |
|---|---|
| First Listed Plaintiff: | First Listed Defendant: |
| Antoine Jennings ; | Zurixx, LLC d/b/a Advanced Real Estate Education and Flipping Formula Education ; |
| 1 Citizen of This State; | 5 Incorporated and Principal Place of Business in Another State; Utah |
| **County of Residence:** Jackson County | **County of Residence:** Outside This District |
| Additional Plaintiff(s): | |
| Courtney Jennings ; | |
| 2 Citizen of Another State; Michigan | |

**County Where Claim For Relief Arose:** Jackson County

| **Plaintiff's Attorney(s):** | **Defendant's Attorney(s):** |
|---|---|
| David S. Hinken (Antoine Jennings) | Brian P. Baggott ( Zurixx, LLC d/b/a Advanced Real Estate Education and Flipping Formula Education) |
| | Dentons US LLP |
| 1114 Main Street | 4520 Main Street, 11th Fl. |
| Blue Springs, Missouri 64015 | Kansas City, Missouri 64111 |
| **Phone:** 816-224-9500 | **Phone:** 816-460-2400 |
| **Fax:** 816-224-9503 | **Fax:** 816-531-7545 |
| **Email:** hinkenlaw@gmail.com | **Email:** Brian.Baggott@dentons.com |
| | |
| | Carly D. Duvall ( Zurixx, LLC d/b/a Advanced Real Estate Education and Flipping Formula Education) |
| | Dentons US LLP |
| | 4520 Main Street, 11th Floor |
| | Kansas City, Missouri 64111 |
| | **Phone:** 816-460-2400 |
| | **Fax:** 816-531-7545 |
| | **Email:** carly.duvall@dentons.com |

**Basis of Jurisdiction:** 4. Diversity of Citizenship

Case 4:16-cv-01004-SRB   Document 1-1   Filed 09/15/16   Page 1 of 2

**Citizenship of Principal Parties** (Diversity Cases Only)

    **Plaintiff:** 1 Citizen of This State

    **Defendant:** 5 Incorporated and Principal Place of Business in Another State

**Origin:** 2. Removed From State Court

    **State Removal County:** Jackson County

    **State Removal Case Number:** 1616-cv04827

**Nature of Suit:** 190 All Other Contract Actions

**Cause of Action:** Jurisdiction is based on diversity and removal jurisdiction, 28 U.S.C. §1332(a) and 28 U.S.C. §1441(b)

**Requested in Complaint**

    **Class Action:** Not filed as a Class Action

    **Monetary Demand (in Thousands):** 1,304,500.00

    **Jury Demand:** No

    **Related Cases:** Is NOT a refiling of a previously dismissed action

**Signature:** /s/ Carly D. Duvall

**Date:** 9/15/2016

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.