# EXHIBIT C

**IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI**
**AT INDEPENDENCE**

| | |
|---|---|
| ANTOINE JENNINGS, and ) <br> CORTNEY JENNINGS ) <br>               Plaintiffs, ) <br> v. ) <br> ) <br> ZURIXX, LLC ) <br> ) <br>               Defendant. ) | Case No. 1616-cv04827 |

## NOTICE OF FILING OF REMOVAL OF CIVIL ACTION

TO:    THE CLERK OF THE JACKSON COUNTY CIRCUIT COURT, PLAINTIFF ANTOINE JENNINGS, PLAINTIFF CORTNEY JENNINGS, AND TO PLAINTIFFS' ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that the attached Notice of Removal of this action was filed in the United States District Court for the Western District of Missouri on September 15, 2016 (United States District Court for the Western District of Missouri, Case No. _____). A true and correct copy of the Notice of Removal is attached hereto as Exhibit "A" and is incorporated by reference.

By filing the above Notice of Removal with the Clerk of the United States District Court for the Western District of Missouri, and by providing written notice thereof to the Clerk of this Court, and to Plaintiff's attorney of record, Atkins effects this removal pursuant to 28 U.S.C. § 1446(d). By operation of law, this case is now removed to the United States District Court for the Western District of Missouri, Central Division. This action shall proceed no further in this Court, unless and until the action is remanded by the United States District Court.

DATED: September 15, 2016. Respectfully submitted,

> By: /s/ Carly D. Duvall
> Brian P. Baggott    MO Bar #58494
> Carly D. Duvall    MO Bar #61925
> Dentons US LLP
> 4520 Main Street, Suite 1100
> Kansas City, MO 64111
> TELEPHONE (816) 460-2400
> FAX (816) 531-7545
> gregory.wolf@dentons.com
> carly.duvall@dentons.com
>
> Stephen P. Horvat (*pro hac vice* forth coming)
> John A. Bluth (*pro hac vice* forth coming)
> Nathan P. Hatch (*pro hac vice* forth coming)
> Anderson & Karrenberg
> 50 W. Broadway, Suite 700
> Salt Lake City, UT 84101
> TELEPHONE (801) 534-1700
> FAX (801) 364-7697
> shorvat@aklawfirm.com
> jbluth@aklawfirm.com
> nhatch@aklawfirm.com
>
> *Counsel for Defendant Zurixx, LLC*
> *dba Advanced Real Estate Education and*
> *Flipping Formula Education*

## CERTIFICATE OF SIGNATURE

I hereby certify that on the 15th of September 2016, I signed the foregoing document in accordance with Mo. Ct. Rule 55.03.

/s/ Carly D. Duvall
**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th of September, 2016, the foregoing document was filed with the Clerk of the Court using the Missouri eFiling System, which sent notification of such filing to all counsel of record.

/s/ Carly D. Duvall
**ATTORNEY FOR DEFENDANT**